B3B (Official Form 3B) (12/07)

# United States Bankruptcy Court
## __Northern__ District of __Illinois__

In re: Schroeder, Tanya      Case No. 09-28963
     Debtor(s)

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

   This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

   The debtor shall pay the chapter 7 filing fee according to the following terms:

   $ __75.00__ on or before __9/2/09__
   $ __75.00__ on or before __9/17/09__
   $ __75.00__ on or before __10/2/09__
   $ __74.00__ on or before __10/16/09__

   Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

   IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

   A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ :AM/PM at _____.
                                                      (address of courthouse)

   IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: __8-18-09__

BY THE COURT: J. Cox      Jacqueline P. Cox
United States Bankruptcy Judge

CERTIFICATE OF SERVICE

**FILED**

**AUG 1 8 2009**

Judge Jacqueline P. Cox
United States Bankruptcy Court

Case Number :    09 B 28963

Case Name : Tanya Schroeder

I, Anthony Watson, Courtroom Deputy to the Honorable Judge Jacqueline P. Cox, certify that on **August 18**, 2009 I caused copies of the attached **Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee** dated , **August 18**, 2009 to be served to the parties listed below via facsimile (where indicated) electronically (where indicated)
via First Class Mail (**)

Tanya Schroeder(**)
2140 Hassell Rd#102
Hoffman Estates, IL 60169


Glenn R Heyman, ESQ
Crane Heyman Simon Welch & Clar
135 S LaSalle Ste 3705
Chicago, IL 60603
served electronically

William T. Neary
Office of the U. S. Trustee, Region 11
219 South Dearborn, Rm 873
Chicago, IL 60604
served electronically

---------------------
Anthony Watson
Courtroom Deputy